ACCEPTED
11-15-00107-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/7/2017 10:08:04 AM
SHERRY WILLIAMSON
CLERK

# TOMMY ADAMS

## ATTORNEY AT LAW

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/07/17 10:08:04 AM
SHERRY WILLIAMSON
Clerk

115 S Broadway
Brownwood, Texas 76801
PH 325-643-9888          FAX 325-643-1777

May 31, 2017

Clinton Shoemaker
TDCJ #02000063
Allred Unit
2101 FM 369 North
Iowa Park, Texas 76367
**CMRRR 7014 1820 0001 2803 6535**

Re:     Appellate Case Number: 11-15-00107-CR
Style:  Clinton Lee Shoemaker
        v. The State of Texas

Dear Mr. Shoemaker:

Enclosed please find a letter from the Court of Appeals we received in the above referenced matter. As you will see, the Court affirmed the judgment. Additionally, I have enclosed a copy of the Judgment and Court's Opinion for your records. Please be advised that you may file a Petitioner for Discretionary Review with the Clerk, Court of Appeals, Austin, Texas, in accordance with the TEX. R. APP. P. 68. No copy is required for the Eleventh Court of Appeals.

If you should have any questions, please do not hesitate to let me know.

Sincerely,

Brandi Wright

Encl.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CLINTON SHOEMAKER
   TDCJ #02000063
   ALLRED UNIT
   2101 FM 369 NORTH
   IOWA PARK, TEXAS 76367

9590 9402 2421 6249 8510 91

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  K Cole                ☑ Agent
                         ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   K Cole                          6-2-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type                    ☐ Priority Mail Express®
☐ Adult Signature                  ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
☐ Certified Mail®                  ☐ Return Receipt for
☐ Certified Mail Restricted Delivery